AO 442

# United States District Court

for the

**District of Utah**

UNITED STATES OF AMERICA

v.

**JEPSEN**

Case No: 2:20cr00344   HCN

FILED US District Court-UT
NOV 09 '20 AM09:11

**SEALED**

**ORIGINAL**

## ARREST WARRANT

To:    The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   TIMOTHY DANIEL JEPSEN                                                                                   ,

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment        [ ] Superseding Indictment        [ ] Information        [ ] Superseding Information

[ ] Complaint     [ ] Order of court     [ ] Violation Notice     [ ] Probation Violation Petition

[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Distribution of Methamphetamine**

in violation of     **21 USC § 841(a)(1)**                                                                                                United States Code.

D. Mark Jones                                                    Clerk of Court
Name of Issuing Officer                                          Title of Issuing Officer

Signature of Issuing Officer                                     October 8, 2020 at Salt Lake City, Utah
                                                                 Date and Location

By:    Kim Forsgren
       Deputy Clerk

Bail fixed _____ by _____
                                                                 Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Salt lake City, UT | | |

| DATE RECEIVED 10-08-20 | NAME AND TITLE OF ARRESTING OFFICER T. Ketelaar/DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10-14-20 | | |