Carolyn Perkins (13469)
Law Office of Carolyn Perkins
PO Box 520704
Salt Lake City, Utah, 84106
Telephone: (801) 405-9954
Email: cperkins@carolynperkinslaw.com

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TIMOTHY DANIEL JEPSEN**<br><br>**Defendant.** | **MOTION TO VACATE DETENTION HEARING**<br><br>**Case No. 2:20-CR-00344-001**<br><br>**Honorable  Howard Nielson** |

Carolyn Perkins,  counsel for defendant   Timothy Daniel Jepsen,  hereby files this

Motion to  Vacate Detention Hearing.  The court held an initial appearance on allegations

of supervised release violations on November 6, 2023.  At the hearing, Mr. Jepsen

requested a detention hearing, and the court set a detention hearing on November 9, 2023

at 12:30.  Undersigned counsel met in person with Mr. Jepsen on November 8, 2023.  At

this time, Mr. Jepsen stipulates to detention and withdraws his request for a detention

hearing and moves the court to vacate the detention hearing set for November 9, 2023 at

12:30.

DATED this  8th day of  November, 2023.

*/s/ Carolyn Perkins*
Carolyn Perkins

## **CERTIFICATE OF SERVICE**

I hereby certify that on  November 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system which sent notification of such filing to the following: UTPml_PretrialNoticing@utp.uscourts.gov; Assistant U.S. Jennifer.gully@usdoj.gov.

/*s/Carolyn Perkins*