Carolyn Perkins (13469)
Law Office of Carolyn Perkins
PO Box 520704
Salt Lake City, Utah, 84106
Telephone: (801) 405-9954
Email: cperkins@carolynperkinslaw.com

_____

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TIMOTHY DANIEL JEPSEN**<br><br>**Defendant.** | **ORDER ON MOTION TO VACATE DETENTION HEARING**<br><br>**Case No. 2:20-CR-00344-001**<br><br>**Honorable  Howard Nielson** |

Based on the Motion to Vacate Detention Hearing filed BY Timothy Jepsen on November 8, 2023, in the above-entitled case, and for good cause appearing,  it is hereby ordered that the detention hearing set in the matter for November 9, 2023, at 12:30 is hereby VACATED.

DATED this _____ day of _____, 2023.

BY THE COURT:


_____
MAGISTRATE DAPHNE OBERG
United States Magistrate  Judge

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on  November 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system which sent notification of such filing to the following: UTPml_PretrialNoticing@utp.uscourts.gov; Assistant U.S. Jennifer.gully@usdoj.gov.

/*s/Carolyn Perkins*