THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Timothy Jepson,<br><br>Defendant. | **RELEASE ORDER**<br><br>Case No. 2:20cr344-HCN<br><br>Magistrate Judge Daphne A. Oberg |

The defendant appeared before the court on November 28, 2023 for a detention hearing. For the reasons stated on the record, the court orders the defendant released from the custody of the U.S. Marshal on November 29, 2023. Defendant is to be released from the courthouse at 10:00 am.

DATED this 28th day of November, 2023.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge

1